# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| ARRI LUND, each individually and on behalf of all others similarly situated,<br><br>v.<br><br>WILLIAMS PLUMBING, HEATING & UTILITIES, INC. | **Case No. 2:24-cv-00192-JTJ** |

## ORDER STAYING LITIGATION

UPON REVIEW OF the Parties' joint motion to stay the proceedings and good cause appearing;

IT IS HEREBY ORDERED that the Parties' Motion is GRANTED and the proceedings are stayed. Counsel for either Plaintiff or Defendant shall contact the Court requesting to resume litigation if a settlement agreement is not reached between the parties.

DATED this 18th day of August 2025.

John Johnston
United States Magistrate Judge